IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

vs.                                                Civil No. 09-2087-BBD-dkv

One 2007 Cadillac Escalade,
VIN 1GYFK66847R277092, with All
Appurtenances and Attachments Thereon,

One 2008 Mercedes- Benz S63,
VIN WDDNG77X68A150235, with All
Appurtenances and Attachments Thereon,

    Defendants.

## ORDER

Pursuant to a complaint filed by the United States on __February 20__, 2009, seeking the forfeiture of One 2007 Cadillac Escalade, VIN 1GYFK66847R277092, with All Appurtenances and Attachments Thereon and One 2008 Mercedes-Benz S63, VIN WDDNG77X68A150235, with All Appurtenances and Attachments Thereon, under the provision of 21 U.S.C. §881(a)(6), it is hereby ORDERED:

1. That the United States Marshal for this district will seize the defendant conveyances and hold said conveyances subject to the further orders of this Court;

2. That the United States Marshal will serve a copy of the complaint on all known claimants to the defendant conveyances including, without limitation, Bobby Cole; J.P. Morgan Chase Bank; Elijah Noel, Jr., Esq., attorney for Allwright Automotive, LLC and Lorenzen V. Wright; Chase Auto Finance; Renasant Bank.

3. That the government will advertise on the government web site www. forfeiture.gov

for a period of thirty consecutive days. The advertisement will notice that a Complaint for Forfeiture has been filed pursuant to 21 U.S.C. §§881(a)(6); and that each party claiming any interest in the said property must file a claim within thirty-five (35) days of the notice and an answer to the complaint within twenty (20) days thereafter.

ENTERED: This 24th day of February, 2009.

**s/ Bernice B. Donald**
UNITED STATES DISTRICT JUDGE

APPROVED:

LAWRENCE J. LAURENZI
United States Attorney

By: /s Christopher E. Cotten
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277, Tennessee)
(901)544-4231

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

vs.                                                                Civil No. 09-2087-BBD-dkv

One 2007 Cadillac Escalade,
VIN 1GYFK66847R277092, with All
Appurtenances and Attachments Thereon,

One 2008 Mercedes-Benz S63,
VIN WDDNG77X68A150235, with All
Appurtenances and Attachments Thereon,

    Defendants.

## LEGAL NOTICE

Take notice that on July 30, 2008, agents of the Drug Enforcement Administration seized One 2007 Cadillac Escalade, VIN 1GYFK66847R277092, with All Appurtenances and Attachments Thereon and One 2008 Mercedes-Benz S63, VIN WDDNG77X68A150235, with All Appurtenances and Attachments Thereon on from Michael Cole in Memphis, Tennessee.

On    February 20   , 2009, the United States filed a complaint to forfeit said conveyances under the provision of 21 U.S.C. §881(a)(6), the complaint being styled:

> *United States of America v. One 2007 Cadillac Escalade, VIN 1GYFK66847R277092, with All Appurtenances and Attachments Thereon and One 2008 Mercedes- Benz S63, VIN WDDNG77X68A150235, with All Appurtenances and Attachments Thereon*,

No.    09-2087-BBD-dkv   .

Any party having any objection to said forfeiture or maintaining any claim to the said property must file a claim in the District Court for the Western District of Tennessee, 242 Federal

Building, 167 N. Main, Memphis, Tennessee 38103 and serve notice upon the United States Attorney, 800 Federal Building, Memphis, Tennessee 38103 within thirty-five (35) days after the publication of this notice and must file an answer to the complaint within twenty (20) days thereafter.